856

No. 09–10924. GUEST *v.* HINKLE, WARDEN. C. A. 4th Cir. Certiorari denied. 

No. 09–10927. EMORY *v.* HOUSING AND COMMUNITY DEVELOPMENT CORPORATION OF HAWAII ET AL. Int. Ct. App. Haw. Certiorari denied. 

No. 09–10929. IACOBESCU *v.* LANSING COMMUNITY COLLEGE AND DENTAL HYGIENE PROGRAM. C. A. 6th Cir. Certiorari denied.

No. 09–10931. HORNER *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied. 

No. 09–10932. HILL *v.* CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION. C. A. 9th Cir. Certiorari denied.

No. 09–10933. HERING *v.* MADDEN ET AL. C. A. 8th Cir. Certiorari denied.

No. 09–10935. DAVIS *v.* ERCOLE, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 09–10936. GOROSTIZA *v.* CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 09–10940. LEVI *v.* DEPARTMENT OF LABOR. C. A. 8th Cir. Certiorari denied. 

No. 09–10941. JACOBOWITZ ET UX. *v.* M&T MORTGAGE CORP. C. A. 3d Cir. Certiorari denied.

No. 09–10943. KITTRELL *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied. 

No. 09–10945. WHITTSETTE *v.* GANSHEIMER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 09–10946. SILVERMAN *v.* HUDSON, WARDEN. C. A. 6th Cir. Certiorari denied.